1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 David R. McNamara, #133302
7647 North Fresno Street
3 Fresno, California 93720
Telephone:    (559) 433-1300
4 Facsimile:     (559) 433-2300

5 Attorneys for RAMIREZ-VAZQUEZ, INC. dba
LA ESPERANZA FOOD CENTER AND BILL
6 W. CHU, INC.

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | HENDRIK BLOCK, | Case No. 1:21-CV-01425-NONE-BAM |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT** |
| 13 | v. | |
| 14 | RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER; BILL W. CHU, INC., | |
| 15 | | |
| 16 | Defendants. | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT

1. On or about November 22, 2021, Plaintiff HENDRIK BLOCK requested entry of default as to Defendant RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER.

2. On or about November 23, 2021, the court entered the default of Defendant RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER.

3. IT IS HEREBY STIPULATED AND AGREED between the parties hereto, through their respective attorneys of record, that the default entered against Defendant RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER be set aside.

4. The parties further stipulate and agree that Defendant RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER shall file and serve an Answer or a motion under Rule 12 with the Court within sixty (60) days from December 16, 2021, the date when the request of Waiver of The Service of Summons was sent.

Dated: December 16, 2021         McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP

                                 By:  /s/ *David R. McNamara*
                                      David R. McNamara
                                 Attorneys for RAMIREZ-VAZQUEZ, INC. dba LA
                                 ESPERANZA FOOD CENTER AND BILL W. CHU,
                                 INC.

Dated: December 16, 2021         MOORE LAW FIRM, P.C.

                                 By:  /s/ *Tanya E. Moore*
                                      Tanya E. Moore
                                 Attorneys for HENDRIK BLOCK

**ORDER**

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Default entered against Defendant RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER is hereby set aside. Defendant RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER is to file and serve an Answer or a motion under Rule 12 with the Court within sixty (60) days from December 16, 2021, the date when the request of Waiver of The Service of Summons was sent.

IT IS SO ORDERED.

Dated: __December 17, 2021__        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE