Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAMIREZ-VAZQUEZ, INC. dba LA ESPERANZA FOOD CENTER, et al.,<br><br>          Defendants. | No.  1:21-cv-01425-NONE-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Date:           January 11, 2022<br>Time:          9:00 a.m.<br>Courtroom:   8<br><br>Magistrate Judge Barbara A. McAuliffe |

**WHEREAS,** a Mandatory Scheduling Conference (ECF Doc. No. 3) is currently scheduled in this matter for January 11, 2022 at 9:00 a.m.

**WHEREAS,** Plaintiff Hendrik Block ("Plaintiff"), and Defendants, Ramirez-Vazquez, Inc. dba La Esperanza Food Center and Bill W. Chu, Inc. ("Defendants," and together with Plaintiff, "the Parties"), to allow time for Counsel for Defendants to set aside clerk's entry of default (ECF Doc. No. 8) as to Ramirez-Vazquez, Inc., and for both Defendants to make an appearance;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for January 11, 2022 to a date at the Court's convenience on or after February 14, 2022.

Dated: December 16, 2021                                        MOORE LAW FIRM, P.C.

                                                                */s/ Tanya E. Moore*
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff,
                                                                Hendrik Block

Dated: December 16, 2021                                        MCCORMICK BARSTOW LLP

                                                                */s/ Dave McNamara*
                                                                Dave McNamara
                                                                Attorneys for Defendants,
                                                                Ramirez-Vazquez, Incnc. dba La
                                                                Esperanza Food Center and Bill W. Chu,
                                                                Inc.

## ORDER

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for January 11, 2022 is continued to **February 24, 2022 at 9:00 am before Magistrate Judge Barbara A. McAuliffe**. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference. The parties shall appear at the conference remotely either via Zoom video or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

  Dated:  **December 17, 2021**                         /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE